IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL DOTSON,
    Petitioner,

vs.                                                  Case No.   3:08cv489/LAC/CJK

EDWIN G. BUSS,
    Respondent
_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June21, 2011.  (Doc. 39).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1) challenging the judgment of conviction and sentence in *State of Florida v. Daniel Ray Dotson*, entered in the Circuit Court of Escambia County, Florida, case number 05-1656, is DISMISSED WITH PREJUDICE.

3. The clerk is directed to close the file.

4. A certificate of appealability is DENIED.

DONE AND ORDERED this 30th day of June, 2011.


                    s/*L.A. Collier*
                    LACEY A. COLLIER
                    SENIOR UNITED STATES DISTRICT JUDGE